

**ATTORNEYS AT LAW**
8448 Katella Ave Suite 100
Stanton CA 90680

TOLL FREE: 866-645-9544
FACSIMILE: 888-276-4833

July 3, 2009

Robert Allen Jr
430 4Th St W
South Point OH 45680

Re: Regent Asset Management Solutions

Claim Details:
Original Creditor:     US Bank
Account No.:           DDA130100477822
File Number:           409477
Claim Amount:          $2323.55

## PERSONAL & CONFIDENTIAL

Dear Robert:

You have defaulted on your US Bank account in the amount of $1122.97. Pursuant to your contractual agreement, interest has accrued in the amount of $1200.58. You currently owe $2323.55.

To assist in settling this matter, Regent is currently willing to waive half of the accrued interest on your account and accept $1723.26 as payment in full. If you are willing to accept these settlement terms, please contact Regent's office immediately at **1-866-816-3791**.

If you have not contacted Regent to discuss this settlement offer within 14 days, I will begin preparing your case for a lawsuit to be filed in Lawrence County by investigating your employment, assets and banking information. If it is necessary to have a court enforce this contract, court costs and attorney fees will be added to the amount you owe and the settlement offer will be revoked.

Sincerely,

Jason Bexten
Litigation Coordinator
1-866-645-9544

This communication is from a debt collector. It is an attempt to collect a debt and any information obtained will be used for that purpose.