July 15, 2009

Robert E Allen Jr.
430 4th Street West
South Point, OH 45680

DSC Attorneys at Law
8448 Katella Ave Suite 100
Stanton CA, 90680

RE: Collection Letter,
Date: July 3, 2009
 Account #: (DDA130100477822)

Mr. Jason Bexten,

This letter is in response to the letter you sent me regarding a US Bank account. I am disputing the validity of these collection attempts and according to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b), I demand a validation of this debt immediately. I humbly request your Debt Collection agency to provide me with the following information in order to validate this debt:

- Show me what do I owe this money for? What purchases did I make or what Services did I receive?
- Show me the details and calculations of how you calculated that amount.
- **Provide me with letters or proof that I agreed to pay what you say I owe.**
- ~~Provide me with verification or judgment of any debts owed.~~
- Identify to me the Original Creditor from whom I made the purchase.
- Prove that the Statute of Limitations has not expired on this debt
- Show me that you are licensed to collect this debt in my State
- Show me your Debt Collection Rights License #
- Show me that you are authorized to collect this debt on behalf of the Original Creditor.
- **Give me a complete transaction and payment history from the Original Creditor.**
- Show me what the original amount was when this Debt was assigned to your Debt Collection Agency. **
- Show me any fees and interest charges that have been added on to this debt. **

- Show me how you determined and arrived at these fees. \*\*
- **Give me a copy of the original signed loan or credit card application with the Original Creditor.**

\*\* These debt validation requests are Law under the following Court Case:
**Fields v. Wilber Law Firm, Donald L. Wilber and Kenneth Wilber, USCA-02-C-0072, 7th Circuit Court, Sept 2004**

I also want to inform you that if your Company has made any false or misleading entries on my Credit Report to any of these 3 Credit Bureaus (Equifax, Experian or TransUnion), this might be termed as Fraud or Harassment because it violates my consumer rights under the following Laws:

- Fair Credit Reporting Act
- Fair Debt Collection Practices Act
- Defamation of Character

If your office manages to send me all the verification that I have asked for above, I will require at least 30 days to investigate this information fully and I demand that all collection efforts on your side cease and desist during this period.

If your office does NOT respond to me within the next 30 days (after receipt of this letter on your side), all references made to my personal information and debt must be deleted from my Credit report. A copy of these entries being deleted from my Credit Report must also be sent to me immediately.

I also demand that you do NOT call me at my home or work during this period. All communication with me must be done in writing format and sent to my mailbox. If your company does call me at my home or work within the next 30 days, I will consider this harassment and will file a lawsuit.

Sincerely,

*Robert E. Allen Jr.*
Robert E Allen Jr.